# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL S. McCANN,** | : | **CIVIL ACTION NO. 1:08-CV-2184** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 9th day of June, 2009, upon consideration of Plaintiff's uncontested Motion (Doc. 14) to Substitute Parties, it is hereby ORDERED that CARLO E. ACQUISTO be substituted as Plaintiff in this matter and that he, and not Michael S. McCann, now has the actionable claim for quiet title against the Defendant, United States of America.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge